BEFORE THE FIRST DIVISION, MARCH 21, 1939

**No. 40873.**—Protest 948869–G of Frazar & Co. (Portland, Maine).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise consists of boxes containing canned mandarin oranges the same as those passed upon in *Nozaki* v. *United States* (C. D. 61). They were therefore held free of duty as nonreusable containers of specific duty merchandise as claimed.